UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: USA vs. Isabel Ramon-Rodriguez

District Court Case Number: 4:04-cr-00199

Appeal Fee (505.00) Status:  Pd ____  IFP ✔  Pending ____  Government Appeal ____

Counsel: Appointed ____  CJA ✔  Retained ____  Pro Se ____  Pro Bono ____  FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel ✔  Pro Se ____

Any reason why counsel should not be appointed: _____

Certificate of Appealability: Denied ____  Granted ____  Not Issue ✔

Pending post Judgment motions: Yes ✔  No ____

If so, type of motion(s) and docket entry number:
_____

High Public Interest Case: Yes ____  No ✔

Simultaneous Opinion release Requested: Yes ____  No ✔

Trial Held: Bench ____  Jury ____  No ✔

Court Reporter: Yes ____  No ✔

Reporter's Name: _____

Appealing: Order prior to final judgment ____ or final judgment ✔

***File this form with the Notice of Appeal***