Isabel Ramon Rodriguez
MCI-Concord
P.O. Box 9106
Concord, MA 01742


May 13, 2022


Clerk of Court
U.S. Court of Appeals
for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Rm. 24.329
St. Louis, MO   63102


      Re:   NOTICE OF APPEAL
           U.S.A., Plaintiff, vs. Isabel Ramon Rodriguez, Defendant
           No. 4:04-cr-00199


Dear Clerk of Court:

    Enclosed for filing with the Court of Appeals please
find enclosed the Defendant's Notice of Appeal, and
Certificate of Service.

    Thank you for your attention to these matters.

                Respectfully,

                *Isabel Ramon Rodriguez*
                Isabel Ramon Rodriguez

                *Ramon Herrera*


**RECEIVED**

MAY 2 0 2022

**U.S. COURT OF APPEALS
EIGHTH CIRCUIT**

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

UNITED STATES OF AMERICA,        :
    Plaintiff,             :     U.S District Court
                        :     No: 4:04-cr-00199

VS.                              :     NOTICE OF APPEAL

ISABEL RAMON RODRIGUEZ,          :

    Defendant.             :

---

COMES NOW the Defendant, pro se and gives NOTICE OF
APPEAL of the Court's Order (Senior Judge Robert W. Pratt)
(U.S. District Court for the Southern District of Iowa -
Central Division) of, on or about May 10, 2022, which
denied Defendant's motion for compassionate release/sentence
reduction filed under 18 U.S.C. § 3582(c)(1)(A).

Respectfully Submitted:

Date: 5-13-2022

*Isabel Ramon Rodriguez*

Isabel Ramon Rodriguez
MCI-Concord
P.O. Box 9106
Concord, MA 01742

**RECEIVED**

MAY 2 0 2022

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

Certificate of Service

The undersigned hereby certifies that a true copy
of Notice of Appeal in the matter of U.S.A., plaintiff,
vs. Isabel Ramon Rodriguez, No. 4:04-cr-00199, was
served on the attorney of record for the plaintiff,
Mr. Andrew H. Kahl, U.S. Attorney's Office, 286 U.S.
Courthouse Annex, 110 E. Court Avenue, Des Moines,
IA  50309-2053, by first class mail, postage prepaid,
on this 14th day of May, 2022.

Isabel Ramon Rodriguez



RECEIVED

MAY 2 7 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 20, 2022

Mr. John Courter, Clerk
U.S. District Court
123 E. Walnut Street
Suite 300
Des Moines, IA  50306-9344

Case:  USA v. Isabel Ramon-Rodriguez

District Court Case Number: 4:04-cr-00199-RP-HCA-6

Dear Mr. Courter,

    Please find enclosed what we have construed as a new notice of appeal in the above mentioned case. Please use the received date noted from our court of May 20, 2022 when docketing this pleading.

    Ms. Ramon-Rodriguez is advised that sending notices of appeal and other documents that should be filed in the District Court to our court only results in delay as they must then be forwarded to the appropriate court for filing.

    Should you require further assistance in this matter, please do not hesitate to contact our office.

                    Sincerely,

                    Michael E. Gans
                    Clerk of Court

cjo

Ms. Isabel Ramon-Rodriguez #T97475
MCI-Concord
PO Box 9106
Concord, MA 01742

Mr. John Courter, Clerk
U.S. District Court
123 E. Walnut Street
Suite 300
Des Moines, IA  50306-9344

Ramon Herrera #J97475

MCI-Concord
P.O. Box 9106
Concord, MA 01742

US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 01742 $ 000.53⁰
02 4W
0000383156 MAY 17 2022

Clerk of Court
U.S. Court of Appeals
for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Rm. 24.329
St. Louis, MO  63102

63102$1127 C006

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
OFFICE OF THE CLERK
ST. LOUIS, MO 63102



US POSTAGE ᴵᴹᴵ PITNEY BOWES

ZIP 63102
02 4W
0000379099

$ 000.73⁰

MAY 23 2022

503093208&  C082